6 June 2005

[RECEIVED USDC CLERK COLUMBIA, SC — 2005 JUN 13 P 12 48]

Cameron McGowan Currie
United States District Judge
901 Richland Street
Columbia, SC 29201

This is my second letter adhering to the request by the courts to provide a notarized copy of my signature to have specified document pertaining to my case released to me.

* Government Exhibit One
* Government Exhibit Three
* Booking Report
* Supplemental Report
* Incident Report
* Photo from SCDC

Sworn and Subscribe before me this 7th day of June 2005.
I verify that the person appeared before me and is who he claims to be.

Dionne E. Schreckengost

Kevin A. Miller / Kevin A. Miller

Dionne Eileen Schreckengost
Notary Public No. 68946
State of Louisiana
My Commission is for Life

**UNITED STATES DISTRICT COURT**
DISTRICT OF SOUTH CAROLINA
1845 ASSEMBLY STREET
COLUMBIA, SOUTH CAROLINA 29201

CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

TELEPHONE (803) 253-3680
FAX (803) 253-3683

February 17, 2005

Mr. Kevin A. Miller
Reg. 98843-071
United States Penitentiary
Post Office Box 2099
Pollock, Louisiana 71467

  Re: Letter dated January 24, 2005

Dear Mr. Miller:

  I received your letter dated January 24, 2005 seeking assistance in obtaining copies of documents pertaining to your case. My law clerk spoke with Assistant United States Attorney William Witherspoon about your request. Mr. Witherspoon indicated that in November, 2003, the United States Department of Justice requested from you a notarized copy of your signature, which it has yet to receive. Mr. Witherspoon indicated that the Department of Justice is unable to comply with your request until it receives that notarized signature.

  With best regards.

           Yours very truly,

           Cameron McGowan Currie

CMC/edh

cc: William K. Witherspoon, AUSA

Kevin A. Miller 98843-071
United States Penitentiary
P.O. Box 2099
Pollock, Louisiana
71467

RECEIVED
USDC CLERK, COLUMBIA, SC

2005 JUN 13 P 12: 47

7003 0500 0004 7222 6329

CERTIFIED MAIL

292201#2328

Judge Cameron McGowan Currie
United States District Court
901 Richland St.
Columbia, SC 29201