AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Kevin Miller | ) | | |
|---|---|---|---|
| *Movant* | ) | | |
| v. | ) | CR No. | 3:02-133-CMC |
| United States of America | ) | | |
| *Respondent* | ) | | |

**JUDGMENT**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing and the action be dismissed with prejudice on the merits.

■ other: The Defendant, Kevin Miller, shall take nothing of the Respondent, United States of America, and his petition filed pursuant to 28 U.S.C. § 2255 is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable <u>Cameron McGowan Currie, Senior United States District Judge</u>, presiding, having denied the petition to vacate sentence pursuant to 28 U.S.C. § 2255.


Date:   December 19, 2016                                      *CLERK OF COURT*

                                                               s/Mary E. Deal

                                                               *Signature of Clerk or Deputy Clerk*